■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PEDRO RODRIGUEZ, Appellant. [828 NYS2d 226]—

Judgment, Supreme Court, Bronx County (John P. Collins, J.), rendered on or about June 16, 2005, unanimously affirmed. No opinion. Order filed. Concur—Tom, J.P., Andrias, Friedman, Catterson and Kavanagh, JJ.